DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE UNKNOWN HEIRS, DEVISES, GRANTEES, ASSIGNEES, CREDITORS, LEINORS AND TRUSTEES OF MARILYN ANN MASCOLO** a/k/a **MARILYN A. MASCOLO, DECEASED, AND ANY OTHER PERSONS CLAIMING BY, THROUGH, UNDER AND AGAINST THE NAMED DEFENDANT, WAYNE A. MASCOLO, AS SUCCESSOR TRUSTEE OF THE MARILYN ANN MASCOLO FAMILY TRUST AGREEMENT DATED APRIL 13, 2011,** and **DONNA MARIE MASCOLO,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST,**
Appellee.

No. 4D18-3403

[June 20, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. 062013CA019879.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

Adam J. Knight and Jacqueline Simms-Petredis of Burr & Forman, LLP, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY and FORST, JJ. and SASSER, MEENU, Associate Judge, concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***